# Katten
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

JOSHUA A. DRUCKERMAN
joshua.druckerman@kattenlaw.com
212.940.6307 direct
212.940.8776 fax

March 12, 2019

**Via Electronic Court Filing System**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

Re:   *Brigitte Stelzer v. Barstool Sports, Inc.*, Case No. 1:18-cv-11693-GBD; Request for Adjournment of Initial Pretrial Conference

Dear Judge Daniels:

We represent Barstool Sports, Inc., the defendant in the above-captioned matter. As required by Section II(C) of your Individual Rules and Practices, we respectfully request that the initial pretrial conference scheduled on Wednesday, March 20, 2019 at 9:30 a.m. be adjourned for a period of thirty (30) days or as soon thereafter as is convenient for the Court, so the parties can continue engaging in good faith settlement discussions.

This is the second request for an adjournment or extension in this matter; the parties' first request for an extension of time to respond to the complaint was previously granted. Counsel for Plaintiff has consented to this adjournment.

Sincerely,

*/s/ Joshua A. Druckerman*
Joshua A. Druckerman

cc: James H. Freeman, Esq. (Counsel for Plaintiff)

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

138197112