

Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

April 2, 2019

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 4 2019

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl St., Rm. 11A
New York, NY 10007

APR 0 4 2019

SO ORDERED
The initial conference is adjourned from April 17, 2019 at 9:30 a.m. to April 24, 2019 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re:     *Stelzer v. Barstool Sports, Inc.*, 1:18-cv-11693 (GBD)

Dear Judge Daniels:

We represent Plaintiff Brigitte Stelzer in the above-captioned case and write pursuant to Section 2.E. of Your Honor's Individual Practices to respectfully request an adjournment of the initial case management conference.

(1) the current date of the conference is April 17, 2019 at 9:30 a.m.

(2) Defendant made a previous unopposed request for an adjournment of the March 20, 2019 conference;

(3) The Court granted Defendant's previous request for an adjournment;

(4) Counsel for Defendant consents to the request on grounds that Plaintiff's counsel will be out of town the week of April 15.

Respectfully Submitted,

**/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff Brigitte Stelzer*