

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Brigette Stelzer,
                Plaintiff(s)

           -against-                        18cv11693(GBD)
                                         CIVIL CASE MANAGEMENT
Barstool Sports, Inc.,                       PLAN AND SCHEDULING ORDER
                Defendant(s)

-----------------------------------------------------X

       After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of civil Procedure.

1. An Initial pretrial conference will be held on **Wednesday, April 24, 2019 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

2. No **Additional parties** may be joined after **June 26, 2019**.

3. No amendment to the pleadings will be permitted after **July 25, 2019**.

4. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **September 25, 2019**. The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

5. **Dispositive motions** are to be served by **October 23, 2019**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

6. A final **pretrial conference** will be held on **November 27, 2019 at 9:45 a.m.**.

7. The **Joint Pretrial Order** shall be filed no later than **November 20, 2019**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

8. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

9. The parties shall be **ready for trial** within 48 hours, notice on or after **December 25, 2019**. The estimated trial time is __2-3__ days, and this is a (Jury)(non-jury) trial.

10. A ~~Subsequent Case Management~~ status Conference will be held on __July 17__, 2019 at 9:45 a.m..

Dated: April ____, 2019
New York, New York  [APR 1 2 2019

SO ORDERED:

_George B. Daniels_
George B. Daniels
United States District Judge

_James H. Freeman_
Attorney for Plaintiff(s)

_signature_
Attorney for Defendant(s)